IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SEYNI IDE FODI,

Plaintiff,

v.

KRISTI NOEM, et al.,

Defendants.

1:26-cv-560 (LMB/WBP)

ORDER

Before the Court is plaintiff Seyni Ide Fodi's Complaint for Declaratory, Injunctive, and Mandamus Relief and Emergency Motion for Temporary Restraining Order. The pleadings allege that plaintiff faces imminent removal despite never receiving a full and fair adjudication of his asylum application. The pleadings also allege that Fodi, who speaks Zarma, a rare language spoken only in Niger, was not provided with adequate notice of his immigration hearings or an opportunity to be heard. Plaintiff has demonstrated that this civil action presents exigent circumstances because the Department of Homeland Security seeks to deport him today. To ensure that the status quo remains in effect, and to enable the Court adequate time to consider the merits of the Complaint, Fodi's Emergency Motion for Temporary Restraining Order, [Dkt. No. 2], is GRANTED, and it is hereby

ORDERED that Fodi IS NOT to be removed or transferred from this district for any reason without this Court's permission; and it is further

ORDERED that by March 13, 2026, defendants file a response to Fodi's Complaint.

The Clerk is directed to forward a copy of this Order to counsel of record and to Dennis Barghaan, Chief of the Civil Division of the U.S. Attorney's Office for the Eastern District of Virginia.

Entered this 25th day of February, 2026.

Alexandria, Virginia

/s/ LMB
Leonie M. Brinkema
United States District Judge